Arturo Matthews
Of Counsel, Hyslip & Taylor LLC LPA
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel (310) 556-9620
Fax (310) 388-0270
Bar No. 145232

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jade Jensen and Joyce Jensen

    Plaintiffs,

v.

Performant Recovery, Inc.

    Defendant.

Case No. 4:14-cv-02344

**STIPULATION OF DISMISSAL**

The parties hereby stipulate to dismissal with prejudice pursuant to F.R.C.P. 41.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC LPA

By:  /s/ Art Matthews
One of Plaintiff's Attorneys

Arturo Matthews
Of Counsel, Hyslip & Taylor LLC LPA
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel (310) 556-9620

Kronick Moskovitz Tiedemann & Girard

By: June Coleman
One of Defendant's Attorneys

June Coleman
Kronick Moskovitz Tiedemann & Girard
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Tel (916) 321-4500